E-FILED 4/30/14

John E. Mortimer, Esq. (SBN:130526)  
LAW OFFICE OF JOHN E. MORTIMER  
43980 Mahlon Vail Circle  
Temecula, CA 92592  
Tel. (800) 529-0678  
Fax. (949) 502-0819

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARIA RODRIGUEZ

Plaintiff(s),

v.

GREEN TREE SERVICING LLC; NORTHWEST TRUSTEE SERVICES, INC. AND DOES 1 - 10 inclusive,

Defendant(s).

CASE NUMBER  
2:14-cv-01195-PSG-AGR

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 28, 2014                    /s/ John E. Mortimer  
        Date                      Signature of Attorney

IT IS SO ORDERED.

DATED: 4/30/14

*[signature]*

U.S. DISTRICT JUDGE

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.